IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SCOTT R. DUCEY, Inmate #K64368,   )
                                  )
            Plaintiff,            )
                                  )
vs.                               )    CIVIL NO. 08-cv-855-GPM
                                  )
L. SHEMONIC, *et al.*,            )
                                  )
            Defendants.           )

# ORDER OF DISMISSAL

**MURPHY, District Judge:**

Plaintiff, a prisoner proceeding *pro se*, filed a civil action pursuant to 42 U.S.C. § 1983. In a letter from the Clerk dated December 4, 2008, Plaintiff was advised:

> Your case has been opened without payment of the filing fee or the filing of a Motion to Proceed In Forma Pauperis. If payment (either $350.00 for a civil case, or $5.00 for a habeas corpus petition), or a Motion to Proceed In Forma Pauperis is **NOT** received in our office **within thirty (30) days** from the date of this letter, the case will be submitted to the Judicial Officer for an order to be entered dismissing this case.

*See* Doc. 2 (emphasis in original). That thirty-day period passed and Plaintiff did not pay the $350 filing fee or file a properly supported motion for leave to proceed *in forma pauperis*. *See* 28 U.S.C. §§ 1914, 1915.

**IT IS ORDERED** that this case is **DISMISSED** for failure to pay the filing fee. The Clerk shall **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

DATED: 01/13/09

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge